UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| AUDRA M. REYNOLDS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV64 CDP |
| | ) | |
| MICHAEL J. ASTRUE,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the complaint of Audra M. Reynolds for judicial review under 42 U.S.C. § 405(g) of the final decision of defendant Commissioner of Social Security denying her application for disability insurance benefits and supplemental security income under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 401, et seq., and 1381, et seq..

I referred this matter to United States Magistrate Judge David D. Noce for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On August 7, 2007, Judge Noce filed his recommendation that the decision of the Commissioner be reversed and remanded

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astra is substituted as the defendant in the suit. 42 U.S.C. § 405(g).

for further proceedings under sentence 4 of 42 U.S.C. § 4(g).  Neither party has not filed any objections and their time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Noce set forth in support of his Report and Recommendation of August 7, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 19] is adopted in its entirety, and the this case is reversed and remanded for further proceedings under sentence 4of 42 U.S.C. §  405(g).

A separate judgment will be entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2007.